**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00219-CR**
_____


**JAMES TAYLOR JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 356th District Court**
**Hardin County, Texas**
**Trial Cause No. 21666**

**MEMORANDUM OPINION**

James Taylor Jr. has filed a motion to dismiss his appeal. *See* Tex. R. App.

P. 42.2. A request to dismiss the appeal is signed by appellant personally and by

counsel of record. No opinion has issued in this appeal. The motion is granted,

and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on January 27, 2015
Opinion Delivered January 28, 2015
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.